DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS A. CALIA** and **GILDA CALIA**, as the Co-Personal
Representatives of the **ESTATE OF CHRISTOPHER CALIA**,
Appellants,

v.

**AMIE CALIA,**
Appellee.

No. 4D2025-3908

[June 18, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case
No. 502024DR003591XXXAMB.

Alan Rose and Steven Grotch of Taft Stettinius & Hollister LLP, West
Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***